Ehrenfriede Pahee Kauapirura

On the county at Large, Kings

c/o: **1331 East 104th Street**

**Brooklyn, New York 11236-4507**



RECEIVED

SEP 2 5 2023

PRO SE OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
### ATTN: Article III Judge (s)
### D/B/A: CHIEF JUDGE Margo K. Brodie

**Ehrenfriede Pahee Kauapirura,**

       Plaintiff(s)

vs.

UNITED STATES OF AMERICA et; al

DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

D/B/A: **IRS Agent John Does 1-100**

and

DEPUTY ASSISTANT ATTORNEY GENERAL

D/B/A: **DAVID A HUBBERT,**

       Defendant(s)

Cause No. **1:23-CV-06167-DG-LB**

**Response to Order to Show Cause**

**Issued by Lois Bloom, Magistrate**

## INTRODUCTION

Now Comes Aggrieved party's (U.C.C. §1-201 (2)) **Ehrenfriede Pahee Kauapirura©**
("Hereinafter" Aggrieved party), Sui Juris, Secured Party (U.C.C. §9-105), NONPERSON
(U.C.C. §1-201 (27)), NON-RESIDENT, NON-DEBTOR (28 U.S.C. §3002 (4)), NON-
CORPERATED, NON-FICTION, NON-SUBJECT, NON-PARTICIPANT in any
Government programs, a Living flesh and blood man standing on the ground. Sovereign
(Perry v. United States, 294 U.S. 330 (1935), "Sovereignty resides in the people") NON-
CITIZEN, under Special Appearance (Rule 8 (E)) not generally, NON-DEFENDANT
(U.C.C. §1-201 (14)), Holder-In-Due-Course (U.C.C. §3-302 (A) (2)) of all documentation
(U.C.C. §5-102 (6)) of the "Entity" Cestui Que Vie trust **Ehrenfriede Pahee Kauapirura©**,
representing the Corporate Fiction: **EHRENFRIEDE PAHEE KAUAPIRURA**.

1. **MAY IT PLEASE THE COURT, <u>Plaintiff respectfully objects</u>** to and **<u>does not</u>
   <u>consent to the application of a Magistrate</u>**. See Complaint (ECF 1) page 12,
   regarding application of an Article III Judge for proper jurisdiction and venue.
   Therein, said Magistrate's Orders would appear to be void ab initio not voidable.

2. Plaintiff filed the Complaint and Summons application in this case at bar
   prematurely.

3. Plaintiff served the Affidavit of Notice [of Discharge] (aka "AON") to discharge the
   taxes due in accordance with Title 26 USC §6325(a)(2) - Release of lien or
   discharge of property;

   (2) Bond accepted
   There is furnished to the Secretary and accepted by him a bond that is conditioned
   upon the payment of the amount assessed, together with all interest in respect thereof,
   within the time prescribed by law (including any extension of such time), and that is in
   accordance with such requirements relating to terms, conditions, and form of the bond
   and sureties thereon, as may be specified by such regulations.

4. Said AON was served upon defendants via USPS mail

   Department of the Treasury
   Internal Revenue Service
   Austin, Texas [73301-0025]
   USPS Certified Mail Number: **7021 0950 0000 7259 6195**

   Ms. Janet Louise Yellen
   U.S. Trustee
   c/o U.S. Department of Treasury
   1500 Pennsylvania Avenue, NW
   Washington, D.C. 20220
   USPS Registered Mail Number: **RR 567 921 384 US**

5. Said parties were served the AON on September 18, 2023, (12:06 pm)

   (https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7021%200950%20000

   0%207259%206195)  for Certified Mail number **7021 0950 0000 7259 6195** and

   September 19, 2023, (3:43 am)

   (https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=RR%20567%20921%2

   0384%20US) , for Registered mail number **RR 567 921 384 US.**

6. Defendants have not been served the Summons and Complaint yet.

7. Plaintiff has 90 days to serve Defendants from the date of filing suit. Said 90 days

   has yet to toll.

8. Therein, Magistrate's Order to Show Cause (if even valid) is premature and

   unwarranted. It has not even been 30 days since filing.

9. Plaintiff's "Affidavit in Support of Complaint via Negative Averment Admissions"

   demonstrates that defendants cannot answer the complaint and that they must first

   be served the 23 issues for production "INFORMATION REQUESTED FROM

   AGENT'S" found in the Complaint.

10. In accordance with due process principles Defendants have a constitutional

contractual right to respond. . .if they can.

"Due Process Clause is found in both the Fifth and Fourteenth Amendments to the United States Constitution, which prohibit the deprivation of "life, liberty, or property" by the federal and state governments, respectively, without due process of law." https://en.wikipedia.org/wiki/Due_Process_Clause

11. Defendants operate on contractual premises in accord with Clearfield Trust Co. v.

United States, 318 US 363-371 (1943);

"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen. . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Bank of U.S. v. Planters Bank, 9 Wheaton (22 US) 904; Clearfield Trust Co. v. U.S., 318 US 363-371 (1943).

12. If Defendants can produce that data and prove that a liability exists, then **they can**

**move** to dismiss the complaint. If not, then defendants have no valid claim and will

be in default or subject to summary judgment.

13. A Magistrate's valid order would presume that plaintiff is a "minor" (Title 31 CFR

§363.6) with ITS PERSON held in trust with the U.S. Attorney General holding

"Legal Title" in accord with Title 50 USC §4312.

14. In accord with the U.S. Constitution, Contract Clause, A1, S10, and freewill choice

to freely contract in accord with P.L. 97-280 and the Declaration of Independence of

circa 1776, plaintiff has served, severed, revoked, revested title from said "common-

law trustee" (Alien Property Custodian aka U.S.A.G.), 50 USC §4312, in accord with

the nature of Title 50 USC §4305.

"We hold these truths to be self-evident, that all men are created equal, that they

are endowed by their Creator with certain unalienable Rights, that among these

are Life, Liberty and the pursuit of Happiness."

https://en.wikipedia.org/wiki/United_States_Declaration_of_Independence

(This differs from death, tyranny, and bondage.)

15. The Constitution for the united States of America, circa 1787, is a permanent injunction against the Public Trustees that are appointed to protect those unalienable Rights.

16. This premise is contradistinguished from the premises set forth in the case of Osborn, supra.

> "But if the plain dictates of our senses be relied on, what state of facts have we exhibited here? Making a person, makes a case; and thus, a government which cannot exercise jurisdiction unless an alien citizen of another State be a party, makes a party which is neither alien nor citizen, and then claims jurisdiction because it has made a case. If this be true, **why not make every citizen a corporation sole, and thus bring them all into the Courts of the United States quo minus**?" Osborn v. Bank of the United States, 22 U.S. 738 (1824).

17. The tax at issue was discharged.

18. Liability is at issue.

19. To date no response has been received by the plaintiff or filed by defendants.

20. Defendants have 60 days (if presumed to be governmental) to respond after receiving the Summons and Complaint. This is a fact to which a magistrate would already be familiar, see FRCP Rule 4.

21. Respectfully, as to the Ms. Bloom's assertions in the Order to Show Cause (ECF 5), **TO BE CLEAR**,

    A. Discharge to the penalty sum in criminal case docket 1:22-cr-00379-DG, Docket Entry 48 (AON) tolled on September 18, 2023. That means that the charges in said criminal case have been discharged. See Title 27 CFR §72.11, "commercial crimes" defined and Title 26 USC §6325(a)(2).

B. Opposing counsel in the 22-cr-379 criminal case has not realized that the charges have been discharged. That is their confusion.

C. As to the Civil Tort Claim case 1:23-cv-06563-DG-LB Kauapirura v. Vasiliadis et al, the defendants have 60 days to respond (in that case) and prove jurisdiction in relation to the criminal case, which they cannot. Plaintiff assumes that they will provide some prolix, colloquy that does not apply as the DOJ always does.

D. However, this case at Bar, ONLY deals with the proving by the Defendants as to the 25 points listed in the Complaint (ECF 1) IN THIS CASE to establish liability.

Respectfully submitted this _25_ day of September 2023.

Ehrenfriede Pahee Kauapirura, living woman

## CERTIFICATE OF SERVICE

I, **Ehrenfriede Pahee Kauapirura©**, have served the foregoing document upon the

U.S.D.C. **EASTERN DISTRICT OF NEW YORK** and the following parties via USPS

Certified Mail on or about this ___ day of September 2023 as follows:

U.S.D.C. **EASTERN DISTRICT OF NEW YORK**
ATTN: Clerk (x3) copies
**225 Cadman Plaza East**
**Brooklyn, New York [11201]**
Certified Mail No: **7021 0950 0000 7259 6218**

IRS AGENT
D/B/A: **IRS Agent John Does 1-100**
**Attn: Internal Revenue Service**
**Austin, Texas [73301-0025]**
Certified Mail No: **7021 0950 0000 7259 6416**

DEPUTY ASSISSTANT ATTORNEY GENERAL
D/B/A: **DAVID A HUBBERT**
c/o: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC [20530]
Certified Mail No: **7021 0950 0000 7259 6409**

On this ____ day of September 2023.

_____
**Ehrenfriede Pahee Kauapirura**