

Ehrenfriede Pahee Kauapirura
On the county at Large, Kings
c/o: 1331 East 104th Street
Brooklyn, New York 11236-4507

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
ATTN: Article III Judge (s)
D/B/A: CHIEF JUDGE Margo K. Brodie

| | |
|---|---|
| Ehrenfriede Pahee Kauapirura, | |
| Plaintiff(s) | |
| vs. | Cause No. **1:23-CV-06167-DG-LB** |
| UNITED STATES OF AMERICA et; al | **Response to Magistrate ECF 11** |
| DEPARTMENT OF THE TREASURY | **Issued by Lois Bloom, Magistrate** |
| INTERNAL REVENUE SERVICE | **Motion to Strike** |
| D/B/A: **IRS Agent John Does 1-100** | **Motion to Disqualify** |
| and | |
| DEPUTY ASSISTANT ATTORNEY GENERAL | |
| D/B/A: **DAVID A HUBBERT,** | |
| Defendant(s) | |

*Submitted on October 20, 2023* ᵉᴷ

## INTRODUCTION

Now Comes Aggrieved party's (U.C.C. §1-201 (2)) **Ehrenfriede Pahee Kauapirura©** ("Hereinafter" Aggrieved party), Sui Juris, Secured Party (U.C.C. §9-105), NONPERSON (U.C.C. §1-201 (27)), NON-RESIDENT, NON-DEBTOR (28 U.S.C. §3002 (4)), NON-CORPERATED, NON-FICTION, NON-SUBJECT, NON-PARTICIPANT in any Government programs, a Living flesh and blood man standing on the ground. Sovereign (Perry v. United States, 294 U.S. 330 (1935), "Sovereignty resides in the people") NON-CITIZEN, under Special Appearance (Rule 8 (E)) not generally, NON-DEFENDANT (U.C.C. §1-201 (14)), Holder-In-Due-Course (U.C.C. §3-302 (A) (2)) of all documentation (U.C.C. §5-102 (6)) of the "Entity" Cestui Que Vie trust **Ehrenfriede Pahee Kauapirura©**, representing the Corporate Fiction: **EHRENFRIEDE PAHEE KAUAPIRURA.**

## MOTIONS

## CHIEF JUDGE Margo K. Brodie,

1. **Plaintiff moves this court to Disqualify Magistrate** Lois Bloom on the following grounds in accordance with 28 USC 455(a) and (b)(1).

2. **Plaintiff never consented** to the use of a magistrate as that office falls within the confines of agency relations in administrative adjudication. Plaintiff is no longer a "minor" as defined at 31 CFR 363.6, and therefore a Magistrate is not qualified to operate as an Article III court Judge.

3. Therein, **Plaintiff moves to Strike** (FRCP Rule 12(f)) all writings by said magistrate in this instant case as her writings arise to libelous and defamatory conduct. Furthermore, Lois Bloom is attempting to restrict the fair and just adjudicatory

system of due process in violation of the 5th Amendment (U.S. Const.) by not allowing defendants to respond to the premises set forth in ECF 1, pages 9-11.

4. Proof of Service of process upon defendants was entered into the docket, see ECF 10, and defendants answer is due November 27, 2023.

5. To restate the premises in ECF 7 would constitute prolix.

Respectfully submitted this 19 day of October 2023.

*[signature]*
Ehrenfriede Pahee Kauapirura, living woman

**CERTIFICATE OF SERVICE**

I, **Ehrenfriede Pahee Kauapirura©**, have served the foregoing document upon the U.S.D.C. **EASTERN DISTRICT OF NEW YORK** and the following parties via USPS Certified Mail or personal service as indicated on or about this ___ day of October 2023 as follows:

U.S.D.C. **EASTERN DISTRICT OF NEW YORK**
ATTN: Clerk
**225 Cadman Plaza East**
**Brooklyn, New York [11201]**
Certified Mail No: *Personal Service*

IRS AGENT
D/B/A: **IRS Agent John Does 1-100**
**Attn: Internal Revenue Service**
**Austin, Texas [73301-0025]**
Certified Mail No: 9589 0710 5270 0505 7470 56

DEPUTY ASSISTANT ATTORNEY GENERAL
D/B/A: **DAVID A HUBBERT**
c/o: U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC [20530]
Certified Mail No: 9589 0710 5270 0505 7470 25

On this _19_ day of October 2023.

*[signature]*
**Ehrenfriede Pahee Kauapirura**